■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO URREGO, Appellant. [42 NYS3d 841]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Rooney, J.), dated January 23, 2015, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

In this proceeding under the Sex Offender Registration Act (*see* Correction Law § 168 *et seq.*), insofar as relevant to this appeal, the Supreme Court assessed the defendant 30 points under risk factor 3 ("Number of Victims"). In determining that the defendant had three victims, the court relied on the defendant's plea of guilty as to one victim and grand jury testimony from two additional victims. We find no basis to

924

overturn the court's determination that the grand jury testimony admitted in this case constituted clear and convincing evidence supporting the assessment of 30 points under risk factor 3 (*see People v Carleo*, 82 AD3d 1067, 1068 [2011]; *cf. People v Tubbs*, 124 AD3d 1094, 1094 [2015]; *see generally People v Mingo*, 12 NY3d 563, 572 [2009]; *People v Wells*, 138 AD3d 947, 950 [2016]). Accordingly, the court properly designated the defendant a level three sex offender. Balkin, J.P., Dickerson, LaSalle and Connolly, JJ., concur.